THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HUGH F. FEELEY, Appellant.

(Argued October 8, 1928; decided October 23, 1928.)

*Walter H. Fullerton, James A. Leary* and *A. W. Pitkin* for appellant.

*Harold E. Blodgett, District Attorney,* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.